UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-23079-CIV-HUCK/O'SULLIVAN

CAROL COHENS,

    Plaintiff,

v.

HIALEAH HOUSING AUTHORITY, et. al.,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

This cause came on to be heard on October 26, 2009, on Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (DE#3, 10/14/09). Having considered the evidence in this cause, reviewed the pleadings and filings, and being otherwise fully advised in the premises, the Court finds that temporary emergency relief is justified because unless rental payments due are made into the registry of the Miami-Dade County Court in Case No.: 09-12756-CC-05, (Tacolcy Management Corporation v. Carol Cohens) the Plaintiff may well be barred from presenting and arguing her defenses in this pending eviction action (see Florida Statute 83.60(2)), and in this event a default would be

entered and Plaintiff would be evicted without being able to argue said defenses. Therefore, in order to provide the Plaintiff to present her defenses to said eviction action it is Ordered and Adjudged that:

(1) Defendant Hialeah Housing Authority is ordered to immediately deposit into the court registry (to Clerk of the Circuit and County Court, Miami-Dade County, Florida, Case No.: 09-12756-CC-05) the $575.00 per month rent due for Plaintiff's rent for September and October 2009, and to continue making said monthly deposits with the court registry in the referenced eviction action for November and December 2009, and January 2010.

(2) This Order addresses the emergency described by Plaintiff. If this matter is not resolved within the aforementioned time period the Plaintiff may schedule another hearing on her Motion for Preliminary Injunction to address the issue of continued monthly payments by the Defendant.

Done and Ordered, in chambers, at Miami, Florida, this 26 day of October, 2009.

JOHN J. O'SULLIVAN, MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record